JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>Coledias Y. Wilson,<br><br>              Defendant | No. CV A 12-9522<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Coledias Y. Wilson, in the principal amount of $2,366.20 plus interest accrued to November 1, 2012, in the sum of $4,081.75; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $53.43, for a total amount of **$6,501.38**.

DATED: January 8, 2013      By:  Terry Nafisi
                                          Clerk of the Court

                                          /s/ B. Pacillas
                                            Deputy Clerk
                              United States District Court